UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-06169-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CHRISTOPHER A. JACKSON,
    Defendant.
_____/

## JUDGMENT & COMMITMENT ORDER UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** was before the court for sentencing on November 13, 2008. The defendant in the above captioned case, having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, admitted to violating the conditions of supervision to a United States Magistrate Judge. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **15 months**.

3. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **45 months**. While on supervised release, the defendant shall not commit another federal, state or local crime. The defendant shall be prohibited from possessing a firearm or other dangerous

devices, and shall not possess a controlled substance. In addition, the defendant shall comply with the standard conditions of supervised release as recommended by the United States Sentencing Commission and the previous conditions imposed with the following **Added Conditions**:

1) The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused by the United States Probation Office. Further, the defendant shall provide documentation, including but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and any other documents requested by the U.S. Probation Office.

2) The defendant shall obtain prior written approval from the Court before entering into any self-employment.

3) The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on ability to pay, or availability of third party payment.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __13th__ day of November, 2008.

**copy furnished**:
AUSA Shaniek Maynard
AFPD Dave Lee Brannon
U.S. Marshal Service
U.S. Probation Office, West Palm Beach, FL

_____
Daniel T. K. Hurley
United States District Judge